CATALINA JOOS VERGARA (SBN 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

KEVIN B. HUFF (admitted *pro hac vice*)
khuff@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: +1 202 326 7900
Facsimile: +1 202 326 7999
*(additional counsel listed on signature page)*

*Attorneys for Moving Party
Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>      Moving Party,<br><br>v.<br><br>SNAP INC.,<br><br>      Responding Party. | Case No. 2:22-mc-00146-PA-AGRx<br>Case No. 2:22-mc-00147-PA-AGRx<br><br>Underlying action in United States District Court for the District of Columbia, No. 1:20-cv-03590-JEB<br><br>Underlying action in United States District Court for the Northern District of California, No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S NOTICE OF RULING IN RELATED ACTION**<br><br>Judge: Hon. Alicia G. Rosenberg<br>Hearing Date: October 7, 2022<br>Time: 10:00 a.m.<br>Location: Courtroom 550<br>Roybal Federal Building and United States Courthouse |

Movant Meta Platforms, Inc. provides this submission to notify this Court of Judge Boasberg's Order, issued today, regarding his preference for handling nonparty discovery disputes. Judge Boasberg's Order provides that:

> The parties shall use best efforts to ensure that this Court handles all third-party discovery disputes. This will streamline the litigation, avoid delays in other jurisdictions, offer predictability and consistency in discovery rulings, and help inform the Court on the relevant issues. As a result, where the FTC or Meta seeks the Court's intervention, it shall join the third party in a telephone call to chambers to set a hearing. Where a third party files a discovery motion in a different court, the FTC or Meta shall inform that court of this Order and seek transfer here.

9/30/2022 Minute Order, *FTC v. Meta Platforms, Inc.*, 1:20-cv-03590-JEB (D.D.C.) (Decl. of K. Horvitz in Supp. of Meta's Notice of Ruling Ex. A).

| | | |
|---|---|---|
| 1 | DATED: September 30, 2022 | Respectfully submitted, |
| 2 | | By:    */s/ Catalina Joos Vergara* <br>        Catalina Joos Vergara |

Catalina Joos Vergara
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Kevin B. Huff (admitted *pro hac vice*)
Kevin D. Horvitz (admitted *pro hac vice*)
Ana Nikolic Paul (admitted *pro hac vice*)
Justin B. Berg (admitted *pro hac vice*)*
khuff@kellogghansen.com
khorvitz@kellogghansen.com
apaul@kellogghansen.com
jberg@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: +1 202 326 7900
Facsimile: +1 202 326 7999
*Admitted in New York. Not admitted in District of Columbia. Practice supervised by members of the firm.

*Attorneys for Moving Party*
*Meta Platforms. Inc.*