Justina K. Sessions, State Bar No. 270914
Email: jsessions@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099

*Counsel for Cross-Movant and Respondent Snap Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>Movant,<br><br>v.<br><br>SNAP INC.,<br><br>Cross-Movant and Respondent. | Case No. 2:22-mc-00146-PA-AGR<br>Case No. 2:22-mc-00147-PA-AGR<br><br>**SNAP'S NOTICE OF RECENT DEVELOPMENT IN *KLEIN***<br><br>Underlying action in the United States District Court for the District of Columbia, No. 1:20-cv-03590-JEB<br><br>Fact Discovery Cutoff: May 22, 2023<br>Expert Cutoff: January 5, 2024<br>Pretrial Conference and Trial Date: TBD<br><br>Underlying action in the United States District Court for the Northern District of California, No. 3:20-cv-08570-JD<br><br>Fact Discovery Cutoff: January 13, 2023<br>Class Certification Expert Cutoff: March 24, 2023<br>Merits Expert Cutoff: October 20, 2023<br>Pretrial Conference and Trial Date: June 27, 2024 and July 15, 2024<br><br>Hearing Date: October 7, 2022<br>Hearing Time: 10:00 a.m.<br>Magistrate Judge Alicia G. Rosenberg<br>DISCOVERY MATTER |

During the hearing on October 7, 2022, Meta's counsel stated that "the discovery cutoff in the *Klein* case is actually currently January 13th[, 2023]. And, so, it is coming up quite quickly as well." Tr. at 37:7-10. Yesterday, on October 13, 2022, the parties in *Klein* jointly filed a proposed modification of the case schedule in *Klein*, which is attached as Exhibit A hereto. The proposed modification would move back the fact discovery cut-off approximately six months, to June 30, 2023.

DATED: October 14, 2022           Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Justina K. Sessions*
Justina K. Sessions, State Bar No. 270914
Email: jsessions@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099

*Counsel for Cross-Movant and Respondent Snap Inc.*